Beata Shapiro, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
1010 Washington Boulevard
Stamford, CT 06901
(203) 388-9100
Attorneys for Defendants 2810026 CANADA LIMITED, 2810034 CANADA LIMITED and FREDERICK GROUP INC./Third Party Plaintiffs

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------- x
JEFFREY ROTH,

    Plaintiff,

               -against-

2810026 CANADA LIMITED LTD., 2810034 CANADA LIMITED, FREDERICK GROUP INC. and SINGH AMARJIT,

    Defendants.

2810026 CANADA LIMITED, 2810034 CANADA LIMITED and FREDERICK GROUP INC.,

    Defendants/Third Party Plaintiffs

               -against-

PAMELA J. BAUMAN

    Third Party Defendant

------------------------------------------------------------------- x

**Case No.: 1:13-cv-00901-RJA-LGF**

## DISCLOSURE OF EXPERT WITNESS

The Defendants, 2810026 CANADA LIMITED, 2810034 CANADA LIMITED and FREDERICK GROUP INC., by and through their attorneys, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, respectfully submit their expert witness that they anticipate calling at trial in this matter:

428633v.1

I.  **EXPERT WITNESSES**

1. John J. Leddy, M.D.
   University Sports Medicine
   SUNY Buffalo
   160 Farber Hall
   Buffalo, NY 14214

Dr. Leddy's expected testimony will involve his medical evaluation of Plaintiff Jeffery Roth's medical records and films and his impression of Plaintiff's medical status and condition as set forth in his report dated September 27, 2014, which may be supplemented as additional discovery is obtained.

Dr. Leddy's fee for services is $450 per hour. Copies of Dr. Leddy's expert report, curriculum vitae and testimonial history are attached hereto as Exhibit A.

II. **NON-RETAINED EXPERTS**

1. Any rebuttal expert witness not yet identifiable.

Dated: Stamford, Connecticut
       October 16, 2014

                    Respectfully Submitted,
                    THE DEFENDANTS/THIRD PARTY
                    PLAINTIFFS 2810026 CANADA LIMITED,
                    2810034 CANADA LIMITED and FREDERICK
                    GROUP INC.

              By:   /s/ Beata Shapiro
                    Beata Shapiro, Esq.
                    WILSON ELSER MOSKOWITZ EDELMAN &
                    DICKER LLP
                    1010 Washington Boulevard
                    Stamford, CT 06901
                    Tel: (203) 388-9100
                    Fax: (203) 388-9101
                    Beata.Shapiro@wilsonelser.com
                    14147.00059

428633v.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2014, a copy of the foregoing was served using the Cout's CM/ECF system, which sends notification of such filings to all counsel of record as follows:

David W. Polak, P.C.
1370 Union Road
West Seneca, NY 14224
*Attorney for the Plaintiff*

Adam Ferrandino, Esq.
Feldman Kieffer, LLP
110 Pearl Street, Suite 400
Buffalo, NY 14202
*Attorney for Third Party Defendant Pamela J. Bauman*

/s/ Beata Shapiro
Beata Shapiro

428633v.1